UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12 CV 04526

Raven Bush

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

NEW YORK STATE
John Doe #1
John Doe #2

_____

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes ☑ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name Raven Bush
            ID # 875-12-01331-1230685
            Current Institution
            Address 11-11 Haze St East Elmhurst St
            11370

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2007

1

Name __John Doe #1__

Where Currently Employed __New York Police Int__ Shield # _____

Address _____

**Defendant No. 2**  Name __John Doe #2__

Where Currently Employed __New York Police Int__ Shield # _____

Address _____

**Defendant No. 3**  Name _____

Where Currently Employed _____ Shield # _____

Address _____

**Defendant No. 4**  Name _____

Where Currently Employed _____ Shield # _____

Address _____

**Defendant No. 5**  Name _____

Where Currently Employed _____ Shield # _____

Address _____

## II. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? __Feb. 11, 2012__

B. Where in the institution did the events giving rise to your claim(s) occur? _____

C. What date and approximate time did the events giving rise to your claim(s) occur? _____

*Rev. 05/2007*

2

D. Facts:

*What happened to you?*

FEB 11 2012 on my way back from buying a tea at Dad's store on the corner of West + Mill. A cop car turned by Ctown on to the street came around after making a left I made the right where the cop came from I walking down

*Who did what?*

centre mall when the cop came speed on driver John Doe #1 hit me with the flashlight or walkie talkie in my head and John Doe #1 knee me in my face fracturing my cheek bone.

*Was anyone else involved?*

John Doe #2 punch me in my face at 7:40 P.M.

*Who else saw what happened?*

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

A gash in the back of my head and a fractured cheek bone I had x-ray done

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___ No ✓

Rev. 05/2007

3

events giving rise to your claim(s), prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ✓   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ✓   Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve? _____

2. What was the result, if any? _____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

_____
_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____
_____
_____
_____

2. If you did not file a grievance but informed any officials of your claim, state who you

Rev. 05/2007

4

informed, when and how and their response, if any. 54 Det Samcidio - TAB Group

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Im Seeking the amount of $450,000.00

Rev. 05/2007

5

VI.    Previous lawsuits:

  A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes ____    No ✓

  B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.  Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2.  Court (if federal court, name the district; if state court, name the county) _____
   3.  Docket or Index number _____
   4.  Name of Judge assigned to your case _____
   5.  Approximate date of filing lawsuit _____
   6.  Is the case still pending?  Yes ____  No ____
       If NO, give the approximate date of disposition _____
   7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

  C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes ____   No ✓

  D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.  Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2.  Court (if federal court, name the district; if state court, name the county) _____
   3.  Docket or Index number _____
   4.  Name of Judge assigned to your case _____
   5.  Approximate date of filing lawsuit _____
   6.  Is the case still pending?  Yes ____  No ____
       If NO, give the approximate date of disposition _____